IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MS. S. HAYES, | No. 4:22-CV-01939 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| MORRIS HOUSER, *et al.*, | |
| Defendants. | |

## ORDER

### AUGUST 31, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The motion to dismiss,[1] filed on behalf of Defendants Andrew J. Dancha, Central Office Regional Medical Director and Kevin Kollman, M.D. is **GRANTED.**

2. The motion to dismiss,[2] filed on behalf of Defendants Morris Houser, Lt. Kauffman, Bradley Booher, Jennifer Rossman, CHCA Boland and CHCA Ardery, is **GRANTED**.

3. Defendants, John and Jane Doe are **DISMISSED** from the above captioned action for impermissible joinder, in violation of Fed.R.Civ.P. Rule 20.

4. Plaintiff's motion to secure and preserve evidence[3] and motion for settlement conference[4] are **DISMISSED** as moot.

---

[1] Doc. 22.
[2] Doc. 29.
[3] Doc. 40.
[4] Doc. 41.

5. Plaintiff's motion[5] for SCI-Albion to ship the remainder of her property to Oregon State Penitentiary is **DISMISSED** without prejudice to any right Plaintiff has to initiate an action in the United States District Court for the Western District of Pennsylvania, where SCI-Albion is located.

6. The Clerk of Court is directed to **CLOSE** this case.

7. Any appeal from this Order will be deemed frivolous, lacking merit, and not taken in good faith.[6]

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[5] Doc. 48.
[6] *See* 28 U.S.C. § 1915(a)(3).