# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA MAI LEE, | No. 4:22-CV-01939 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| MORRIS HOUSER, *et al.*, | |
| Defendants. | |

## <u>ORDER</u>

**AND NOW**, this 29th day of May 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' motions (Docs. 101, 105) to dismiss Plaintiff's amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) are **GRANTED** in part and **DENIED** in part, as follows:

   a. Plaintiff's Eighth Amendment claim of deliberate indifference to the risk of suicide is **DISMISSED** with prejudice as to all Defendants pursuant to Rule 12(b)(6) for failure to state a claim upon which relief may be granted.

   b. Plaintiff's Fourteenth Amendment procedural due process claim is **DISMISSED** with prejudice as to all Defendants pursuant to Rule 12(b)(6) for failure to state a claim upon which relief may be granted.

   c. To the extent Plaintiff is attempting to assert a Section 1983 claim for being charged with a false misconduct, that claim is **DISMISSED** with prejudice as to all Defendants pursuant to Rule 12(b)(6) for failure to state a claim upon which relief may be granted.

   d. Plaintiff's official capacity claims are **DISMISSED** as to all Defendants.

e.  Plaintiff's Eighth Amendment claim of deliberate indifference to serious medical needs is **DISMISSED** with prejudice as to defendant CHCA Ardery pursuant to Rule 12(b)(6) for failure to state a claim upon which relief may be granted.

f.  Defendants' Rule 12(b)(6) motions are **DENIED** in all other respects.

2.  The Clerk of Court is directed to terminate defendants Lt. Kauffman, Bradley Booher, and CHCA Ardery.

3.  This case will proceed only on Plaintiff's individual capacity Eighth Amendment claims of deliberate indifference to serious medical needs against defendants Jennifer Rossman, Morris Houser, CHCA Boland, Dr. Dancha, and Dr. Kollman as set forth in more detail in the accompanying Memorandum.

4.  The remaining Defendants shall file appropriate responsive pleadings to Plaintiff's amended complaint pursuant to Federal Rule of Civil Procedure 12(a)(4)(A).

5.  Plaintiff is admonished that she must update her mailing address with the Court as soon as practicable.  Failure to do so may result in dismissal of this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

2