UNITED STATES DISTRICT COURT

FOR THE Middle DISTRICT OF Pennsylvania

FILED
WILLIAMSPORT
JUN 17 2026
PER
DEPUTY CLERK

Linda mai Lee                    CASE NO. 4:22-cv-1939

VS

MORRIS Houser et al              DATE: June 12th 2026

MOTION TO APPOINT COUNSEL

The PLAINTIFF, LINdA mAi Lee, RespectFully Requests The court GRANT APPOINTMENT OF COUNSEL. The Following is offered in Support OF GRANTED THIS Request.

1) ON 5-29-26 THE COURT Denied DeFendant's MOTION TO Dismiss when it came To Denial of Gender AFFIRMING CARE. However Due Solely To The PLAINTIFF'S inability To PROPERLY Present Facts, She Lost Several VERIFIABLE claims Such AS THE ADA claim, The FAILURE TO PROTECT claim And The RETAILATION claim. The ADA Claim Was NOT JUST STATED, one of The Filed EXHIBITS To CHCA BoLand Was Her Request For HAIR RESTORATION ON AN ADA Request FORM. Houser And Booher Were Personally involved in The suicide attempt claim, ON The 3rd DAY She met WITH BOTH cell Side And BOTH Failed TO INITIATE Hunger STRIKe PROTOCOL OR SUICIDE PREVENTION Even Though BOTH Knew of The RISKS And BOTH Are mandATORY RePORTERS.

2) The Remaining claims Are complex Medical Issues And The DeFendants Are Skilled Liars. The Gender AFFIRMING CARE claim NOT ONLY AFFECTS ms.Lee, THis CARE is Denied To All PA DOC TRANSFemales So THis is A class Action Issue, That ms. Lee Has Documented AS A class, BUT CAN NOT

REPRESENT A CLASS DUE TO BEING PRO-SE. APPOINTMENT OF COUNSEL IS NECESSARY FOR THIS REASON ALONE.

3) MS. Lee INTENDS TO CALL AS WITTNESSES NUMEROUS OF HER PA DOC ~~TRANS~~ INCARCERATED TRANS-SISTERS. ESTABLISHING CONTACT WITH THESE GIRLS REQUIRES THE PA DOC TO COOPERATE AND THEY HAVE NOT @ ALL. EVEN TO THE DATE OF THIS MOTION THE DEFENDANTS HAVE REFUSED TO PRODUCE DOCUMENTS, EVEN AFTER THE COURT ORDERED THEM TO COMPLY WITH MS. Lee'S REQUEST IN AN EARLIER ORDER.

4) BY THE COURT NOTICE MS. Lee SUBMITTED, LAST WEEK, IT IS CLEAR MS. Lee TRIED TO NOTIFY THE COURT OF HER CHANGE OR ADDRESS AND HER PRESENT DOC SYSTEM, Delaware, DENIED HER THE ABILITY TO DO SO, WHILE THE PRESENT ADDRESS THE COURT USED IS CURRENT, (AND MS. Lee THANKS THE COURT FOR GOING ABOVE + BEYOND TO GET DOCUMENT'S TO HER), MS. Lee IS FORCING AN END TO THE DE DOC COMPACT DUE TO SEVERAL LIFE THREATING RIGHTS VIOLATIONS, SO HAVING APPOINTED COUNSEL IN THIS CASE ASSURES THAT THE CASE CAN MOVE FORWARD NO MATTER WHERE MS. Lee ENDS UP NEXT.

FOR THE REASONS STATED ABOVE APPOINTMENT OF COUNSEL IS NECESSARY AND MS. Lee RESPECTFULLY ASKS THE COURT TO GRANT THIS MOTION.

RESPECTFULLY SUBMITTED BY

Linda Mai Lee #01093205